Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000368
23-MAY-2012
09:22 AM

NO. CAAP-11-0000368

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NALANI P. REYNOLDS and RIVA LAVOY,
Plaintiffs-Appellees,
v.
DAI-TOKYO ROYAL STATE INSURANCE COMPANY, LTD.,
also known as DAI-TOKYO ROYAL INSURANCE COMPANY, LTD.,
also known as DTRIC; et al., Defendants-Appellants,
and
SUZANNE TERADA, Lienor-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 08-1-0199)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on April 25, 2011, Appellant Suzanne T. Terada (Appellant) filed a notice of appeal; (2) on June 28, 2011, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on July 8, 2011 and the opening brief was due August 8, 2011; (3) Appellant moved for and was granted extensions to file the opening brief and the opening

brief was finally due on October 21, 2011; (4) Appellant did not file the statement of jurisdiction or the opening brief; (5) on March 6, 2012, the appellate clerk informed Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on March 16, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, May 23, 2012.

Presiding Judge

Associate Judge

Associate Judge